Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

| | |
|---|---|
| CAESAR ANGELO CATAPANO AKA GAIS EYOUN ALSOUD <br> Plaintiff(s) <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br> HARRIS COUNTY Jail <br> HARRIS COUNTY DISTRICT Attorney <br> Defendant(s) <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> United States Courts <br> Southern District of Texas <br> FILED <br><br> APR 20 2020 <br><br> David J. Bradley, Clerk of Court |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: CAESAR ANGELO CATAPANO (New legal name)
   All other names by which you have been known: Gais Eyounalsoud (old legal name) (Booked under old name)
   ID Number: SPN# 02465644
   Current Institution: Harris County shierf office Jail
   Address: 701 N. San Jacinto
   Houston   TX   77002
   City   State   Zip Code

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: HARRIS County District Attorney
   Job or Title (if known):
   Shield Number:
   Employer:
   Address: 1201 FRANKLIN
   Houston   TX   77001
   City   State   Zip Code
   [V] Individual capacity   [V] Official capacity

   Defendant No. 2
   Name: HARRIS County Detention Center
   Job or Title (if known): HARRIS County shierff office Jail
   Shield Number:
   Employer:
   Address: 701 N. San Jacinto
   Houston   Texas   77002
   City   State   Zip Code
   [ ] Individual capacity   [V] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  _____ City _____ | _____ State _____ | _____ Zip Code _____
  ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  _____ City _____ | _____ State _____ | _____ Zip Code _____
  ☐ Individual capacity   ☐ Official capacity

II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

36.06 Penal Code – Art. 17.151 – Art. 1.11 – Art. 1.11a, (covid-19) virus spreading
Art. 1.11b – Art. 1.13 – Life endangerment in Jail due to (COVID-19) virus spreading
Release Because of Delay – Pain and Suffering of a non elderly Disabled
(mental health) Related.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

36.06 Penal Code — Art. 1.11a — Art. 1.11b — Art. 1.11 Art. 17.151 and Art. 1.13 — Life endangerment in Harris County Jail Due to (COVID-19) Virus spreading in Jail as well. (COVID-19) is a deadly viruse

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows (check all that apply):

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other (explain) _____

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

    B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

please see attachment as well.
My claim arose in Harris county Jail when (COVID-19) virus started spreading in Harris County Jail and since The Harris County District Attorney continues to violatee my civil rights I'm Disabled ducko (PTSD) I'm Held without a bond unlawfuly, falsly accused.
My uncles Samir Bakdounes — Nazir Baqdounes and Haitham Baqdounes are affileated with currpted Authorties in the State of Texas. My uncles threatoned me with Honor Killing. (Samir — Haitham — Nazir) are radical muslims.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

please see attachment as well.
Approximitly around 03-27-2020 or PRIOR.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

(please see attachment As well) I never Jumped Bond — Couldn't Make it To court due to Sever weather conditions too

I got charged with Terroristic Threat by the Harris County District attorney. I was in Las Vegas, Nevada at that time. I was released by Homeland security while the charge was pending in (TX). Then (LVMPD) Detective arrested me and I got Extradited to (TX). My Bond in TX was revoked unlawfuly

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Please see attachment
My life is in immidiate Danger, I'm suffering from escalated Anxity I have been in hiding from my uncles that are involved with currpted authorties in (TX) My uncles are radicalized in the Islamic Religion

They threatned me with Honor Killing

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

please see attachment as well.
I respectfuly ask the Court to release me from the Harris County Jail and to Dismiss the charges in Harris County, Texas I'm a non-elderly Disabled inflected with (PTSD). I need protection from my radical muslims uncles (Haitham Baqdounes — Samir Bakdounes and Nazir Baqdounes) that is affiliated with currpted Authorties in the State of Texas. My uncles Haitham Baqdounes Samir Bakdounes and Nazir Baqdounes Have threatned me with Honor Killing. I'm in fear for my Life what ever the Court Can Do to Protect me please.

Page 5 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Harris County Sheriff office Jail*

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

*please see attachment as well.*
*Claims of being indangered due to (COVID-19) virus spreading in Harris County Jail.*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Harris County Sheriff office Jail

2. What did you claim in your grievance?

   please see attachment
   I claimed that the (COVID-19) virus is a deadly virus and it's spreading in the Harris County Jail. I claimed that My uncles are fabricating false allegations against me.
   I never bail Jumped. I'm disabled due to mental illness (PTSD).

3. What was the result, if any?

   Unknown

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

   I addressed the Issues to three different Sergants at the Harris County Jail About my case being falsly imprisoned And my uncles involvement with currpted Authorties in the state of Texas.

   I addressed that (COVID-19) viruse is spreading And it's a Life threatning deadly virus.

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   So far my filed grievance with the state has been ignored.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ___N/A___
   Defendant(s) ___N/A___

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ___N/A___

3. Docket or index number

   ___N/A___

4. Name of Judge assigned to your case

   ___N/A___

5. Approximate date of filing lawsuit

   ___N/A___

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. ___N/A___

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ___N/A___

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____N/A_____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____N/A_____

3. Docket or index number
   _____N/A_____

4. Name of Judge assigned to your case
   _____N/A_____

5. Approximate date of filing lawsuit
   _____N/A_____

6. Is the case still pending?
   ☐ Yes             N/A
   ☐ No
   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____N/A_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04-14-2020

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Booked under old name: Gais Eyounalsoad SPN 02465644
Prison Identification #: Harris County Jail
Prison Address: 701 N. San Jacinto
Houston, TX 77002
City / State / Zip Code

B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code
Telephone Number: _____
E-mail Address: _____