**HARRIS COUNTY SHERIFF'S OFFICE JAIL**

Name: Gais Eyounalsoud
SPN: 02465644   Cell: 2B3
Street 701 N. San Jacinto
HOUSTON, TEXAS 77002

**aramark**

**INDIGENT**

United States Courts
Southern District of Texas
FILED

APR 20 2020

David J. Bradley, Clerk of Court

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002 $ 000.80
02 4W
0000368784 APR. 15. 2020

David J. Bradley
Clerk of Court
P.O. Box 61010
Houston, TX 77208